UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61492-CIV-SMITH/VALLE

MATILDA ALUSHANI,

    Plaintiff,

vs.

ICS GROUP, LLC,

    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Magistrate Judge's Report and Recommendation to District Judge [DE 25], recommending granting in part Plaintiff's Counsel's Supplemental Motion for Award of Attorney's Fees and Reasonable Expenses of Litigation [DE 21]. No objections to the Report and Recommendation have been filed. Accordingly, having reviewed the Report and Recommendation, the Motion, the record, and given that no objections have been filed, it is

**ORDERED** that:

1) The Magistrate Judge's Report and Recommendation to District Judge [DE 25] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) Plaintiff's Counsel's Supplemental Motion for Award of Attorney's Fees and Reasonable Expenses of Litigation [DE 21] is **GRANTED in part**. Plaintiff's counsel is awarded $4,218.75 in attorney's fees and $460 in costs.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 11th day of October, 2022.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record